BEFORE THE FIRST DIVISION, AUGUST 16, 1957

**No. 61145.**—Maher-App & Company *v.* United States, protests 303510–K/14877, 303511–K/14878, and 312623–K/14931 (New Orleans).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of articles of glass of the kind and character covered by the decision of the Secretary of the Treasury (T. D. 53645), which were entered for consumption prior to the date of decision in *Pittsburgh Plate Glass Company* v. *United States* (*Bellhouse Louver Windows, Party in Interest*) (36 Cust. Ct. 248, C. D. 1782), the claim of the plaintiff was sustained.